UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA MALVEDA,<br><br>        Plaintiff,<br><br>    v.<br><br>OPORTUN, INC., et al.,<br><br>        Defendants. | Case No.  21-cv-07244-RS<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CASE CLOSURE** |

When the parties advised that a settlement had been reached with the last active defendant, an order to show cause issued directing plaintiff to file a stipulated dismissal or show cause why the case should not be dismissed. Plaintiff has timely filed a dismissal as to that remaining active defendant, and the order to show cause is hereby discharged. The claims against defendant Oportun, Inc., however, have not been dismissed because they were previously stayed pending contractual arbitration. At this juncture, the Clerk is directed to close this file for administrative purposes. Plaintiff or Oportun, Inc. may move to reopen should it ever become appropriate to do so.

**IT IS SO ORDERED**.

Dated: December 5, 2022

_____
RICHARD SEEBORG
Chief United States District Judge